# Court of Appeals
# of the State of Georgia

ATLANTA,   January 15, 2014

*The Court of Appeals hereby passes the following order:*

**A13A2208.  MAGNOLIA STATE BANK v. JOHNSON.**

Having considered the parties' JOINT MOTION TO WITHDRAW APPEAL, the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 01/15/2014
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*